UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERNA VAN,<br>JAMES HOLCOMBE JR, and<br>KAREN SWIETON<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br>Defendant | C.A. No. 17-11418 |

## JOINT REQUEST FOR REFERRAL TO MEDIATION

Pursuant to this Court's Order dated April 1, 2019, the parties jointly request a referral to the Court mediation program in order to attempt to resolve this dispute. The parties further request that the court confirm that the scheduling conference currently scheduled for April 30, 2019 is continued until after mediation is scheduled and conducted in this case, as per the court's April 1, 2019 order.

*Allowed. The parties shall promptly report the results of the mediation. The April 30, 2019 conference is CANCELLED.*

*/s/ WMW, D.J*
*April 18, 2019*

Respectfully submitted,
MERNA VAN,
JAMES HOLCOMBE JR, and
KAREN SWIETON
By their attorneys:

/s/ *Emily E. Smith-Lee*
Emily Smith-Lee (BBO# 634223)
esmithlee@slnlaw.com
SLN LAW, LLC
10 East Chestnut St
Sharon, MA 02067
Tel: 781-784-2322

AMERICAN AIRLINES, INC.
By counsel: